**COLLINS & KHAN LLP**
MARC A. COLLINS (SBN 136769)
AZIM KHANMOHAMED (SBN 277717)
R. MICHAEL COLLUM (SBN 145105)
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA  90010-2246
Telephone:   323.549.0700
Facsimile:   323.549.0707

Attorneys for Defendant
MARIN CITY SUBWAY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, an individual, | Case No.  4:21-cv-08767-KAW |
| Plaintiff, | Assigned for All Purposes To:<br>Hon. Kandis A. Westmore |
| v. | |
| MARIN CITY SUBWAY, LLC, a California Limited Liability Company, | **DECLARATION OF AZIM KHANMOHAMED RE TERMS OF SETTLEMENT PURSUANT TO RULE 68 OFFER OF JUDGMENT** |
| Defendant. | |

DECLARATION OF AZIM KHANMOHAMED

I, Azim Khanmohamed, declare:

1.  I am an attorney at law, duly licensed to practice before this Court, and am counsel of record for Defendant Marin City Subway, LLC.

2.  The facts stated herein are within my own knowledge and I would competently testify to the truth of these matters if called to do so.

3.  On February 25, 2022, my office tendered to counsel for Plaintiff a Rule 60 Offer of Judgment, a true and correct copy of which is attached hereto as **Exhibit 1** ("Offer").



1

Pursuant to its terms, Defendant offered a "Judgment to be entered against it in this action in the amount of $2,000.00 in satisfaction of all claims for damages, together with all costs incurred in this action including reasonable attorney fees incurred in this action."

4. On March 4, 2022, my office received notice that Plaintiff had accepted Defendant's Rule 68 Offer from Plaintiff's counsel, a true and correct copy of which is attached hereto as **Exhibit 2**. For confidentiality, I have not attached the draft Settlement Agreement and Stipulation for Dismissal that were attached to that March 4, 2022 email.

5. On that same day, March 4, 2022, my office received another email from Plaintiff's counsel, which had three attachments, including a Notice of Acceptance of Rule 68 Offer, the Rule 68 Offer as Exhibit 1, and a Proof of Service. Attached hereto collectively as **Exhibit 3** are true and correct copies of that particular March 4, 2022 email, and its three attachments.

6. That same day, March 4, 2022, we received electronic notice from the Court Plaintiff filed with the Court a Notice of Settlement, Proposed Order, and a Proof of Service. I downloaded copies of these documents, and true and correct copies are attached hereto collectively as **Exhibit 4**.

7. The Notice of Settlement incorrectly states that the Rule 68 Offer accepted by Defendant is only a "partial settlement" and that Plaintiff intends to file a motion for attorneys' fees and costs.  It is clear that Plaintiff that Plaintiff incorrectly stated the terms of the Rule 68 Offer.

8. On March 7 and March 8, 2022, I emailed Plaintiff's counsel to discuss this discrepancy, but as of today, I have not received a return email.  True and correct copies of my March 7 and March 8, 2022 emails to counsel, are collectively attached hereto as **Exhibit 5.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of March 2022, at Los Angeles, California.

_Azim Khanmohamed_

AZIM KHANMOHAMED



**DECLARATION OF AZIM KHANMOHAMED RE TERMS OF
SETTLEMENT PURSUANT TO RULE 68 OFFER OF JUDGMENT**

**EXHIBIT 1**

**Marc Collins**

| | |
|---|---|
| **From:** | Sabrina Saleh |
| **Sent:** | Friday, February 25, 2022 4:33 PM |
| **To:** | amandas@potterhandy.com |
| **Cc:** | Azim Khanmohamed; Marc Collins |
| **Subject:** | Whitaker v. Marin City Subway LLC - Rule 68 Offer |
| **Attachments:** | Defendant's Rule 68 Offer.pdf |

Counsel:

Please *see* attached.

Thanks,

**Sabrina Saleh** | Legal Assistant



**Collins & Khan**
LLP

3435 Wilshire Blvd., Ste. 2600, Los Angeles, CA 90010
D: (323) 549-0700 | M: (323) 549-0700 | E: ssaleh@collinskhan.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**COLLINS & KHAN LLP**
MARC A. COLLINS (SBN 136769)
AZIM KHANMOHAMED (SBN 277717)
R. MICHAEL COLLUM (SBN 145105)
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA  90010-2246
Telephone:   323.549.0700
Facsimile:   323.549.0707

Attorneys for Defendant
MARIN CITY SUBWAY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, an individual, | Case No.  4:21-cv-08767-KAW |
| Plaintiff, | Assigned for All Purposes To: Hon. Kandis A. Westmore |
| v. | |
| MARIN CITY SUBWAY, LLC, a California Limited Liability Company, | **RULE 68 OFFER OF JUDGMENT** |
| Defendant. | |

1

**RULE 68 OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Marin City Subway, LLC hereby offers to allow Judgment to be entered against it in this action in the amount of $2,000.00 in satisfaction of all claims for damages, together with all costs incurred in this action including reasonable attorney fees incurred in this action. The barriers as alleged in the Complaint were remediated. Specifically, the outside dining surfaces were removed before thirty (30) days of being served with the Complaint and the Defendant is a small business that has employed 25 or fewer employees on average over the past three years and has average annual gross receipts of less than three million five hundred thousand dollars ($3,500,000) over the previous three years. Therefore, Defendant's statutory liability should be reduced pursuant to Cal. Civil Code § 55.56, subd. (f)(2).This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant is liable in this action, or that Plaintiff, Brian Whitaker has suffered any damage. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Dated: February 25, 2022      **COLLINS & KHAN LLP**

By:    */s/ Azim Khanmohamed*
_____
AZIM KHANMOHAMED
MARC A. COLLINS
R. MICHAEL COLLUM
Counsel for Defendant
MARIN CITY SUBWAY, LLC



**PROOF OF SERVICE**
**WHITAKER V. MARIN CITY SUBWAY, LLC**
**4:21-cv-08767-KAW**

    I, the undersigned, am over the age of eighteen years and am resident of Los Angeles County, California; I am not a party to the above-entitled action; my business address is 3435 Wilshire Blvd., Ste. 2600, Los Angeles, CA 90010.

    On February 25, 2022 I served the following document(s):

**Defendant's Rule 68 Offer:**

    Addressed to:

| | |
|---|---|
| Amanda Seablock, Esq.<br>Russell Handy, Esq.<br>Potter Handy, LLP<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 | Attorneys for Plaintiff<br>Tel: (858)375-7385<br>Email: amandas@potterhandy.com |

_____ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

_____ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

_____ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnight Express drop box in Los Angeles, California.

_____ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.

___X___ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

    Executed on February 25, 2022, from Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Sabrina Saleh*
———————————————
Sabrina Saleh

**RULE 68 OFFER OF JUDGMENT**

**EXHIBIT 2**

## Marc Collins

| | |
|---|---|
| **From:** | Varsha Hirdey <varshah@potterhandy.com> |
| **Sent:** | Friday, March 4, 2022 6:24 AM |
| **To:** | Marc Collins |
| **Cc:** | WhitakervSubwayZ9998741@projects.filevine.com; Meridien Gipson; Leonardo Pahuriray; Azeriel Viojan |
| **Subject:** | Whitaker v. Marin City Subway, LLC |
| **Attachments:** | Conf Set K.docx; Joint Stipulation for Dismissal.doc |

Dear Counsel:

Our client has accepted your client's offer of judgment in this matter and we look forward to finalizing the resolution of the case.

Many defendants are alarmed when a judgment in entered against them in circumstances like these, so I am reaching out to you to figure out how you wish to proceed. If your client would like to eliminate the public record of this judgment, please find a draft copy (attached) of the Settlement Agreement and Joint Stipulation for Dismissal for your review. If you have any revisions please feel free to redline the attached copy. I request you to send the revisions in MS word format only.

If your client would prefer to proceed with a judgment, let us know and we will file the requisite documents with the court. If you intend for us to pursue this course of action, we will expect payment within 10 days of entry of judgment or we will be required to move to enforce it.

If you have any questions please feel free to contact our office. Thank you in advance for your professional courtesy and attention in concluding this matter.

Sincerely,
Varsha

Amanda Seabock, Esq.
AmandaS@PotterHandy.com

Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

505 S. Friendswood Drive #313
Friendswood, TX 77546



**EXHIBIT 3**

## Marc Collins

| | |
|---|---|
| **From:** | Robert Gipson <robertg@potterhandy.com> |
| **Sent:** | Friday, March 4, 2022 11:19 AM |
| **To:** | Marc Collins; Azim Khanmohamed |
| **Cc:** | whitakersubwayz9998741@projects.filevine.com |
| **Subject:** | Whitaker v. Marin City Subway, LLC (4:21-cv-8767-KAW) |
| **Attachments:** | Exhibit 1 (Defendants Rule 68 Offer).pdf; Notice of Acceptance.pdf; POS - Notice of Acceptance.pdf |

Hello,

Please find attached the documents from the attorney, please be advised a hard copy will follow via regular mail.  Thank you.

Best Regards,

---

### Robert Gipson, Assistant
RobertG@PotterHandy.com



Potter Handy, LLP
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
858-375-7385 | 888-422-5191 (fax)

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.



CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
Attorneys for Plaintiff BRIAN WHITAKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker** | **Case No.**  3:21-cv-8767-KAW |
| Plaintiff, | **Notice of Acceptance of Offer of Judgment** |
| v. | |
| **Marin City Subway, LLC,** a California Limited Liability Company | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff accepts the FRCP Offer of Judgment served by Defendant Marin City Subway, LLC, a California Limited Liability Company. (Exhibit 1).

Dated: March 2, 2022          CENTER FOR DISABILITY ACCESS

By: /s/ Dennis Price
Dennis Price, Esq.
Attorney for Plaintiff

1

**EXHIBIT 1**

1  **COLLINS & KHAN LLP**
   MARC A. COLLINS (SBN 136769)
2  AZIM KHANMOHAMED (SBN 277717)
   R. MICHAEL COLLUM (SBN 145105)
3  3435 Wilshire Blvd., Ste. 2600
   Los Angeles, CA 90010-2246
4  Telephone:  323.549.0700
   Facsimile:   323.549.0707
5
   Attorneys for Defendant
6  MARIN CITY SUBWAY, LLC

7                  **UNITED STATES DISTRICT COURT**

8                **NORTHERN DISTRICT OF CALIFORNIA**

9

10  BRIAN WHITAKER, an individual,              Case No.  4:21-cv-08767-KAW

11          Plaintiff,                          Assigned for All Purposes To:
                                                Hon. Kandis A. Westmore
12      v.

13  MARIN CITY SUBWAY, LLC, a California        **RULE 68 OFFER OF JUDGMENT**
14  Limited Liability Company,

15          Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

1    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Marin City
2    Subway, LLC hereby offers to allow Judgment to be entered against it in this action in the
3    amount of $2,000.00 in satisfaction of all claims for damages, together with all costs incurred
4    in this action including reasonable attorney fees incurred in this action. The barriers as
5    alleged in the Complaint were remediated. Specifically, the outside dining surfaces were
6    removed before thirty (30) days of being served with the Complaint and the Defendant is a
7    small business that has employed 25 or fewer employees on average over the past three years
8    and has average annual gross receipts of less than three million five hundred thousand dollars
9    ($3,500,000) over the previous three years. Therefore, Defendant's statutory liability should
10   be reduced pursuant to Cal. Civil Code § 55.56, subd. (f)(2).This offer of judgment is made
11   for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed
12   as either an admission that Defendant is liable in this action, or that Plaintiff, Brian Whitaker
13   has suffered any damage. This Offer of Judgment shall not be filed with the Court unless (a)
14   accepted or (b) in a proceeding to determine costs.

15

16   Dated: February 25, 2022               **COLLINS & KHAN LLP**

17                                 By:    */s/ Azim Khanmohamed*

18                                        _____
                                          AZIM KHANMOHAMED
19                                        MARC A. COLLINS
                                          R. MICHAEL COLLUM
20                                        Counsel for Defendant
21                                        MARIN CITY SUBWAY, LLC

22

23

24

25

26

27

28



**RULE 68 OFFER OF JUDGMENT**

**PROOF OF SERVICE**
**WHITAKER V. MARIN CITY SUBWAY, LLC**
**4:21-cv-08767-KAW**

    I, the undersigned, am over the age of eighteen years and am resident of Los Angeles County, California; I am not a party to the above-entitled action; my business address is 3435 Wilshire Blvd., Ste. 2600, Los Angeles, CA 90010.

    On February 25, 2022 I served the following document(s):

**Defendant's Rule 68 Offer:**

    Addressed to:

| | |
|---|---|
| Amanda Seablock, Esq.<br>Russell Handy, Esq.<br>Potter Handy, LLP<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 | Attorneys for Plaintiff<br>Tel: (858)375-7385<br>Email: amandas@potterhandy.com |

\_\_\_\_\_ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

\_\_\_\_\_ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

\_\_\_\_\_ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnight Express drop box in Los Angeles, California.

\_\_\_\_\_ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.

\_\_\_X\_\_\_ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

    Executed on February 25, 2022, from Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Sabrina Saleh*
_____
Sabrina Saleh



**RULE 68 OFFER OF JUDGMENT**

# PROOF OF SERVICE

## Whitaker v. Marin City Subway, LLC (160 Donahue St, Marin City, CA 94965)
## 3:21-cv-8767-KAW

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 8033 Linda Vista Rd Suite 200 San Diego Ca 92111.

On March 4, 2022 I served the following document(s):

- **NOTICE OF ACCEPTANCE OF OFFER OF JUDGEMENT**
- **EXHIBIT 1**

Addressed to:

| |
|---|
| COLLINS & KHAN LLP |
| MARC A. COLLINS (SBN 136769) |
| AZIM KHANMOHAMED (SBN 277717) |
| R. MICHAEL COLLUM (SBN 145105) |
| 3435 Wilshire Blvd., Ste. 2600 |
| Los Angeles, CA 90010-2246 |

☑ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Friendswood, Texas.

☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNIGHT EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box in Friendswood, Texas.

☐ **BY PERSONAL SERVICE:** I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.

☐ **BY ELECTRONIC MAIL TRANSMISSION:** via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on March 4, 2022, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Robert Gipson*
Robert Gipson

**EXHIBIT 4**

CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, <br><br> Plaintiff, <br><br> v. <br><br> MARIN CITY SUBWAY, LLC, a California Limited Liability Company, <br><br> Defendants, | Case No.: 4:21-cv-8767-KAW <br><br> **NOTICE OF SETTLEMENT** |

    The plaintiff hereby notifies the court that a partial settlement has been reached in the above-captioned case as to damages only. The case will proceed via noticed motion as to attorney fees/costs. The parties would like to avoid any additional expense, and further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed after the motion for fees/costs is heard and settlement is funded.

CENTER FOR DISABILITY ACCESS

Dated: March 04, 2022      /s/ Amanda Seabock
                             Amanda Seabock
                             Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>       Plaintiff,<br><br>v.<br><br>MARIN CITY SUBWAY, LLC, a California<br>Limited Liability Company,<br><br>       Defendants. | Case No.: 4:21-cv-8767-KAW<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a motion for determination of attorney fees/costs, and file a dismissal thereafter.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

**PROOF OF SERVICE**
**Whitaker v. Marin City Subway, LLC**
**CASE : 4:21-cv-8767-KAW**

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

    On March 4, 2022 I served the following document(s):
    **- NOTICE OF SETTLEMENT**
    **- ORDER**

Addressed to:

> **Marc A. Collins / Azim Khanmohamed**
> Collins & Khan LLP
> 3435 Wilshire Blvd., Suite 2600
> Los Angeles, CA 90010-2246

☐   <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐   <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐   <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐   <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑   <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).
    Executed on March 4, 2022, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Vanessa Pereira

PROOF OF SERVICE

**EXHIBIT 5**

**Marc Collins**

| | |
|---|---|
| **From:** | Azim Khanmohamed |
| **Sent:** | Friday, March 4, 2022 3:58 PM |
| **To:** | 'Robert Gipson'; Marc Collins; Sabrina Saleh; 'Amanda Seabock' |
| **Cc:** | 'whitakervsubwayz9998741@projects.filevine.com' |
| **Subject:** | RE: Whitaker v. Marin City Subway, LLC (4:21-cv-8767-KAW) |

Robert:

We checked the docket, however, it does not appear that you have filed the Rule 68 offer.
Please advise, thank you.

**Azim Khanmohamed** | Attorney at Law

**Collins & Khan**
LLP

3435 Wilshire Blvd., Ste. 2600, Los Angeles, CA 90010
D: (323) 549-9075 | M: (323) 549-0700 | E: akhan@collinskhan.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Robert Gipson [mailto:robertg@potterhandy.com]
**Sent:** Friday, March 4, 2022 11:19 AM
**To:** Marc Collins <mcollins@collinskhan.com>; Azim Khanmohamed <akhan@collinskhan.com>
**Cc:** whitakervsubwayz9998741@projects.filevine.com
**Subject:** Whitaker v. Marin City Subway, LLC (4:21-cv-8767-KAW)

Hello,

Please find attached the documents from the attorney, please be advised a hard copy will follow via regular mail.  Thank you.

Best Regards,

## Marc Collins

| | |
|---|---|
| **From:** | Azim Khanmohamed |
| **Sent:** | Tuesday, March 8, 2022 5:10 PM |
| **To:** | 'Robert Gipson'; Marc Collins; Sabrina Saleh; 'Amanda Seabock' |
| **Cc:** | 'whitakervsubwayz9998741@projects.filevine.com' |
| **Subject:** | RE: Whitaker v. Marin City Subway, LLC (4:21-cv-8767-KAW) |
| | |
| **Importance:** | High |

Amanda:

We received an e-mail indicating that your office had accepted the Rule 68 offer, however, it has not been filed. Can you please advise, thank you.

**Azim Khanmohamed** | Attorney at Law



3435 Wilshire Blvd., Ste. 2600, Los Angeles, CA 90010
D: (323) 549-9075 | M: (323) 549-0700 | E: akhan@collinskhan.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Azim Khanmohamed
**Sent:** Monday, March 7, 2022 9:25 AM
**To:** 'Robert Gipson' <robertg@potterhandy.com>; Marc Collins <mcollins@collinskhan.com>; Sabrina Saleh <ssaleh@collinskhan.com>; 'Amanda Seabock' <amandas@potterhandy.com>
**Cc:** 'whitakervsubwayz9998741@projects.filevine.com' <whitakervsubwayz9998741@projects.filevine.com>
**Subject:** RE: Whitaker v. Marin City Subway, LLC (4:21-cv-8767-KAW)

Robert:

We checked the docket, however, it does not appear that you have filed the Rule 68 offer.
Please advise, thank you.

**Azim Khanmohamed** | Attorney at Law



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
**WHITAKER V. MARIN CITY SUBWAY, LLC**
**4:21-cv-08767-KAW**

    I, the undersigned, am over the age of eighteen years and am resident of Los Angeles County, California; I am not a party to the above-entitled action; my business address is 3435 Wilshire Blvd., Ste. 2600, Los Angeles, CA 90010.

    On March 9l 2022, I served the following document(s):

**DECLARATION OF AZIM KHANMOHAMED RE TERMS OF SETTLEMENT PURSUANT TO RULE 68 OFFER OF JUDGMENT**

    Addressed to:

| | |
|---|---|
| Amanda Seabock, Esq. | Attorneys for Plaintiff |
| Russell Handy, Esq. | Tel: (858)375-7385 |
| Potter Handy, LLP | Email: amandas@potterhandy.com |
| 8033 Linda Vista Road, Suite 200 | |
| San Diego, CA 92111 | |

_____ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

_____ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

_____ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnight Express drop box in Los Angeles, California.

_____ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.

____ X ___ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

    Executed on March 9, 2022, from Los Angeles, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Sabrina Saleh*
_____
Sabrina Saleh



3
**DECLARATION OF AZIM KHANMOHAMED RE TERMS OF**
**SETTLEMENT PURSUANT TO RULE 68 OFFER OF JUDGMENT**