UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff.

v.

MARIN CITY SUBWAY, LLC,

    Defendant.

Case No. 21-cv-08767-KAW

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 16

(x) **Decision by Court.** Judgment entered pursuant to Rule 68.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 3/9/2022

Mark B. Busby, Clerk of Court

William F. Tabunut
Deputy Clerk